No. 79–5318.  MALIN v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 79–5331.  HERSHIPS v. PRANSKY.  C. A. 9th Cir.  Certiorari denied.

No. 79–5332.  BRADFORD v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 79–5334.  ELLISON v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 79–5340.  STRUGGS v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 79–5341.  W. D. v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 79–5342.  PAGE v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 79–5343.  BENNETT v. NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 79–5344.  DOUGLAS ET AL. v. SWOOPE, SHERIFF.  Sup. Ct. Va.  Certiorari denied.

No. 79–5346.  POWELL v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 79–5356.  GREEN v. WYRICK, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 79–5380.  YODER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 79–5381.  COOK v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.